GEORGE W. SICARAS *v.* CITY OF HARTFORD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 44 Conn. App. 771 (AC 15439), is denied.

CALLAHAN, C. J., and NORCOTT, KATZ and PALMER, Js., did not participate in the consideration or decision of this petition.

*William A. Snyder*, in support of the petition.

*Karen K. Clark*, in opposition.

Decided June 5, 1997